## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 18 EM 2018
:
Respondent :
:
:
:
v. :
:
:
:
THEODORE FLOYD, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.